UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Samuel Edward Cooley,                                    Case No. 8:09-bk-14367-MGW
                                                        Chapter 13

      Debtor.

_____/

## NOTICE OF FILING
## AMENDED CHAPTER 13 PLAN

      Debtor, Samuel Edward Cooley ("Debtor"), by and through his undersigned

attorney, hereby gives notice of filing his Amended Chapter 13 Plan as follows:

      In section three (3) of the initial Chapter 13 Plan, Debtor omitted an interest rate for

the debt owed to Ameri-Credit.  Ameri-Credit is the only secured creditor and the collateral

at issue is a 2003 Nissan Xterra ("Vehicle").  The scheduled debt owed to Ameri-Credit is

$4,733.90, including interest at 15.5%, and the value of the Vehicle is $6,575.00.  Since the

value of the Vehicle is greater than the amount of Ameri-Credit's claim, the Amended

Chapter 13 Plan lists in section three (3) a 15.5% interest rate for the debt owed to Ameri-

Credit, pursuant to 11 U.S.C. § 506(b), which is the amount set forth in the agreement

between Debtor and Ameri-Credit.  Debtor's regular monthly payment to Ameri-Credit is

$145.03, which Debtor is continuing to make through the Plan.  Please note that Debtor

anticipates having this Vehicle paid off in approximately 33 months through the Plan.

Therefore, Debtor will not be filing a Motion to Value Collateral in this case.

## DECLARATION

I, Samuel Edward Cooley, as Debtor in this case, declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: ___1/15/10_____ 　　　　　_____
　　　　　　　　　　　　　　　　SAMUEL EDWARD COOLEY, Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2010, I served a true and correct copy of this **NOTICE OF FILING AMENDED CHAPTER 13 PLAN** via U.S. Mail upon all parties listed on the attached mailing matrix.

**IURILLO & ASSOCIATES, P.A.**

/s/ Gina M. Pellegrino

_____
GINA M. PELLEGRINO, ESQUIRE
Fla. Bar No.: 0022842
gpellegrino@iurillolaw.com
600 First Avenue North, Suite 308
St. Petersburg, FL 33701
(727) 895-8050 telephone
(727) 895-8057 facsimile
Attorney for Debtor

2

Label Matrix for local noticing
113A-8
Case 8:09-bk-14367-MGW
Middle District of Florida
Tampa
Fri Jan 15 09:39:40 EST 2010

(p)AMERICREDIT
PO BOX 183853
ARLINGTON TX 76096-3853

PRA  Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

Recovery Management Systems Corporation
Attn Ramesh Singh
25 SE 2nd Ave Ste 1120
Miami, Fl 33131-1605

United States Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602-3849

American Education Services
P.O. Box 2461
Harrisburg, PA  17105-2461

Citicard
Citibank Customer Service
Post Office Box 6500
Sioux Falls, SD 57117-6500

Collection Company Of America
P.O. Box 298
Norwell, MA  02061-0298

Courtney Hamilton (Landlord)
2715 43rd St. E.
Palmetto, FL 34221-2178

Direct Loans
U.S. Department Of Education
P.O. Box 242800
Louisville, KY 40224-2800

Diversified Collection Services
333 N. Canyons Pkwy, Ste. 100
Livermore, CA 94551-9480

First Marbelhead Education Resource
800 Boylston St., 34th Floor
Boston, MA 02199-8001

Firstmark Services
P.O. Box 25410
Woodbury, MN  55125-0410

HSBC Bank Nevada, N.A.
by PRA Receivables Management, LLC
PO Box 12907
Norfolk VA 23541-0907

Household Bank/Orchard Bank
12447 SW 69th Ave.
Tigard, OR  97223-8517

Jonathan Aller
9690 2nd St. N.
St. Petersburg, FL 33702-2508

NCO Financial Systems, Inc.
P.O. Box 510950
New Berlin, WI  53151-0950

Northstar Capital Market Services, Inc.
Total Higher Education
444 Cedar St., Ste. 800
St. Paul, MN 55101-3154

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
POB 41067
NORFOLK VA 23541-1067

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541-1067

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Student Loan Xpress, Inc.
c/o Education Loan Servicing Corporation
Attention:  Private Loans
1500 W. 3rd Avenue, Suite 125
Cleveland, OH 44113-1422

The Law Offices Of Sprechman & Assoc. PA
2775 Sunny Isles Blvd., Ste. 100
Miami, FL 33160-4078

United States Attorney
Attn: Civil Process Clerk
400 N Tampa Street, Suite 3200
Tampa FL 33602-4774

Gina Marie Pellegrino
Iurillo & Associates, PA
600 1st Avenue North, Suite 308
St. Petersburg, FL 33701-3609

Samuel Edward Cooley
9690 2nd Street North
St. Petersburg, FL 33702-2508

Terry E Smith
PO Box 6099
Sun City Center, FL 33571-6099

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, TX 76096

(d)Ameri-Credit
801 Cherry St., Ste. 3900
Fort Worth, TX  76102

(d)Ameri-Credit
P.O. Box 183593
Arlington, TX  76096


(d)Ameri-Credit
P.O. Box 78143
Phoenix, AZ  85062-8143

(d)AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, TX 76096

End of Label Matrix
Mailable recipients      26
Bypassed recipients       0
Total                    26

**United States Bankruptcy Court**
**Middle District of Florida**

IN RE:                                                    Case No. <u>8:09-14367</u>

<u>Cooley, Samuel Edward</u>                               Chapter **13**
_____
Debtor(s)

**AMENDED CHAPTER 13 PLAN**

☐ Original ☒ Amended  Date: **<u>January 12, 2010</u>**.

**YOUR RIGHTS WILL BE AFFECTED.** You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this plan or any motion included below must file a timely written objection. This plan may be confirmed and the motions included below may be granted without further notice or hearing unless written objection is filed before the deadline stated on the separate Notice you should have received from the bankruptcy court. If you have a secured claim, this is notice that your lien may be voided or modified if you do not object to this plan.

**THIS PLAN DOES NOT ALLOW CLAIMS.** You must file a proof of claim to be paid under any plan that may be confirmed.

## 1. PAYMENT AND LENGTH OF PLAN

(a) Debtor shall pay $ **<u>774.90</u>** per **<u>month</u>** to the Chapter 13 Trustee starting **<u>August 2, 2009</u>** for approximately **<u>60</u>** months.
☒ Debtor will pay directly to the trustee
☐ A payroll deduction order will issue to the Debtor's employer:

(b) Joint Debtor shall pay $ _____ per _____ to the Chapter 13 Trustee starting _____ for approximately _____ months.
☐ Joint Debtor will pay directly to the trustee
☐ A payroll deduction order will issue to the Joint Debtor's employer:

(c) Other payments to trustee: **<u>Trustee's Fee is 10%. During the Plan, the Trustee will be paid $4,649.40. Therefore, $77.49 will be paid to the Trustee for months 1 through 60 of the Plan.</u>**

(d) Total amount to be paid to Trustee shall be not less than $ **<u>46,494.00</u>**.

## 2. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT)

All allowed priority claims will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount |
|---|---|---|
| None | | |

## 3. SECURED CLAIMS: MOTIONS TO VALUE COLLATERAL AND VOID LIENS UNDER 11 U.S.C. § 506

(a) Debtor moves to value collateral as indicated in the "value" column immediately below. Trustee shall pay allowed secured claims the value indicated or the amount of the claim, whichever is less. The portion of any allowed claim that exceeds the value indicated shall be treated as an unsecured claim. Debtor moves to void the lien of any creditor with "NO VALUE" specified below.

| Creditor | Collateral | Scheduled Debt | Value | Interest Rate | Monthly Payment |
|---|---|---|---|---|---|
| Ameri-Credit | 2003 Nissan Xterra | 4,733.90 including interest | 6,575.00 | 15.50%* | $145.03 |

* Pursuant to 11 U.S.C. § 506(b) as the value of the vehicle is greater than the amount of the Creditor's claim. Please note that the Debtor will have the vehicle paid off in approximately 33 months through the Plan.  As such, the Debtor will not be filing a Motion to Value Collateral in this case.

(b) Debtor surrenders or abandons the following collateral. Upon confirmation, the stay is lifted as to surrendered or abandoned collateral.

| Creditor | Collateral to be Surrendered or Abandoned |
|---|---|
| None | |

## 4. UNSECURED CLAIMS

(a) **Not Separately Classified**. Allowed non-priority unsecured claims shall be paid:
☒ Not less than $ **<u>37,110.70</u>** to be distributed pro rata.
☐ Not less than _____ percent.
☐ Other: _____.

**(b)** Separately Classified Unsecured Claims

| Creditor | Basis for Classification | Treatment | Amount |
|---|---|---|---|
| **None** | | | |

## 5. CURING DEFAULT AND MAINTAINING PAYMENTS

(a) Trustee shall pay allowed claims for arrearages, and Trustee shall pay regular postpetition contract payments to these creditors:

| Creditor | Collateral or Type of Debt | Estimated Interest Rate Arrearage (arrearage) | Monthly Arrearage Payment | Regular Monthly Payment |
|---|---|---|---|---|
| **None** | | | | |

(b) Trustee shall pay allowed claims for arrearages, and Debtor shall pay regular postpetition contract payments directly to these creditors:

| Creditor | Collateral or Type of Debt | Estimated Interest Rate Arrearage (arrearage) | Monthly Arrearage Payment | Regular Monthly Payment |
|---|---|---|---|---|
| **None** | | | | |

## 6. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Executory contracts and unexpired leases are assumed or rejected as follows:

| Creditor/Lessor | Property Description | Assume/Reject |
|---|---|---|
| **Courtney Hamilton (Landlord)** | **3-year lease of single story dwelling at 9690 2nd St. N.** | **Assume** |

## 7. OTHER PLAN PROVISIONS AND MOTIONS

**(a)** Motion to Avoid Liens under 11 U.S.C. § 522(f). Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Collateral | Amount of Lien to be Avoided |
|---|---|---|
| **None** | | |

**(b)** Lien Retention. Except as provided above in Section 5, allowed secured claim holders retain liens until:
- ☐ Liens are released at discharge.
- ☒ Liens are released upon payment of allowed secured claim as provided above in Section 3.
- ☐ Liens are released upon completion of all payments under the plan.

**(c)** Vesting of Property of the Estate. Property of the estate shall revest in Debtor:
- ☒ Upon confirmation
- ☐ Upon discharge
- ☐ Other: _____.

**(d)** Payment Notices. Creditors and lessors provided for above in Sections 5 or 6 may continue to mail customary notices or coupons to the Debtor or Trustee notwithstanding the automatic stay.

**(e)** Order of Distribution. Trustee shall pay allowed claims in the following order:
**Trustee Commissions**
**Other Administrative Claims - n/a**
**Priority Claims - n/a**
**Secured Claims**
**Unsecured Claims**

Dated: **January 12, 2010**

_____
Signature of Debtor

_____
Signature of Attorney

_____
Signature of Spouse (if applicable)