**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Samuel Edward Cooley                                                              Case No. 09-14367-MGW
AKA: Samuel Cooley, Samuel E. Cooley, Sam Cooley
Debtor(s)
_____/

**TRUSTEE'S NOTICE TO COURT OF COMPLETION**
**OF PAYMENTS UNDER CONFIRMED CHAPTER 13 PLAN**

Terry E. Smith, Chapter 13 Standing Trustee, hereby submits his notice to the Court that with the latest distribution, the Debtor(s) have completed payments under their Chapter 13 Plan and that it would appear that the Debtor(s) would be entitled to their Discharge if all other requirements have been met.

Dated August 15, 2013.

/s/ Terry E. Smith
Terry E. Smith
Chapter 13 Standing Trustee
P.O. Box 6099
Sun City Center, FL  33571
Phone (813) 658-1165
Fax (813) 658-1166

TES/dmt

Copies to:

Samuel Edward Cooley
9690 2nd Street North
St Petersburg, FL  33702

Iurillo & Associates, PA
5628 Central Avenue
St. Petersburg, FL  33707-